United States District Court

FILED
RICHARD W. NAGEL
CLERK OF COURT
JUL 21 2025 3:40 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

Randall Tyler Hutchison 24-cv-357
vs
PRES Joe Biden et al, Judge Marbley

Newly Discovered evidence
Fed. civ. P 59
Fed. civ. P 60
Motion of Discovery
Motion to recuse

Given all these U.S District Judges in columbus ohio are Drunk and high and keep obstructing my Federal Proceedings.

I further call DEE DEE GATTON From From the National News Desk, the show on July 16th 2025 clearly proves all Facts, Writs of mandamus in the U.S Sixth Circuit court of Appeals on filed to remove all Federal Judges from my case. It's clear that Dumbass Judge Marbley thinks he can do whatever. All U.S congress are material witness's, Does Judge Marbley watch

TV. He lies on in real time the U.S Sixth Circuit and U.S Supreme court can not allow or watch all the Federal Judges in Columbus Ohio, hide, conceal and destroy evidence, and obstruct my Federal proceedings. Judge Marbley knew he had a conflict of interest. Both Marbley and the Mag Judge knew they had to recuse themselves. Judge Marbley openly admitted to falsifying records.

Marbley called me delusional, what the Fuck is wrong with him, All NATO are material witness's Can that Dumb ass watch FOX NEWS, CNN and MSNBC.

Maybe the Dumb Bitch can turn on a TV and watch the July 16th 2025 National News Desk, DEE DEE GATTON is a material witness, A writ was filed in the U.S Sixth Circuit, and U.S Suprem court to stop all the U.S District Judges from hiding concealing and destroying evidence, maybe Marbley should go back to school, watch the stock market you Dumb bitch, the July 16th 2025 on national News Desk, Judge Marbley stop obstructing my Federal proceedings

Rondall Hutchison
215 W. Third St
Chickasha OK 73018