UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT
2026 MAR 10 PM 4:26
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Randall Tyler Hutchison          24-CV-03705
            VS
    President Joe Biden
Compel testimony of European Parliament
Compel testimony of CNN, the beautiful, smart madison mills
            Fed. R. Civ. P 59
            Fed. R. Civ. P 60
Compel testimony of CIA Director Ratcliffe,
Dir of Nat'l Sec Tulsi Gabbard
 Foward to France, Turkey, Pakistan, Canada, United
Kingdom, Italy, Spain, Norway, Finland, Sweden - consulate
and all their parliaments
Compel testimony of NATO, European union,
United nations, Interpol and International
 Criminal court
 Compel testimony of Sec of Defense Pete
    Hegseth, U.S Sec of State Marco Rubio
compel testimony of Jared kusher, Nicki minaj and
Elon Musk ~
            Memorandum In support

        Thus, it has been shown this court
has no idea what the fuck it is talking about,
  If it was not for CMJH-GueRRiLia-HAckeRz
and nuclear Fusion Alliance, NATO would have Fell

Randall Hutchison 68/09-041
P.O Box 1600
Butner NC 27509

d.

by Now, We are the best in Tech, it's clear this court repeatly makes threats to hide, conceal and destroy evidence, this court is caught lieing on a weekly basis, Of course I use all news reports because they are From me, this court has illegally held me in prison For 11 years to conceal their crimes, It's not my Fault they never knew I was a NATO Asset, I'm way, way above the pay grade of that peice of orange shit, Donald 'Slow bot' trump, he's built like a bag of trash, he's got 3 Chins, Does he think anyone cares what J.D vance or speaker Mike Johnson says or thinks, Did you see their looks at the state of union, they look like "cockless bitchs", they sold their "manhood" to serve a orange bill cosby (J-E-L-L-O) The Jeffrey Epstein gang Trump, Elon musk, Bill gates and the rest of those Sexual Predators, Since J.D vance, speaker mike Johnson, Jon husted, Bernie Moreano and the rest of the "PayPal" mafia, (they all walk around with butterscotch candy in their pockets) Stole my prison messages to Anduril, honda, Intel and nintendo, we build next generation weapons, I've lost billions, why anyone can read my lawsuit and Filings, As evidence my habeas corpus in North carolina, I used to lay a record For Jeffrey Epstein, brothers Judge Marbley, The newspaper are evidence I am a NATO Asset, And have sat in Prison 11 years, For their crimes