RANDALL

**Name:**
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Number: Tyler Hutchison 68109 076

RALEIGH NC 275
Research Triangle R
3 MAR 2026

X-RAY ✓
U.S. MARSHALS SERVICE

United States District court
Southern District OF OHIO
85 Marconi blvd
columbus ohio 43215

43215382835 C004

" Legal Mail "

" Legal Mail "

FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NORTH CAROLINA 27509

*2-27-26*

pr...                "SPECIAL/LEGAL MAIL"
neith...
or ...
n... was processed through special mailing
c... certificat...ing to you. The letter has been
to the above a...d. If the writer raises a question
...y has jurisdiction, you
...or further information
...d corr...ce for
...return the enclosed